## JOHNSON v. STATE. (No. 5718.)

(Court of Criminal Appeals of Texas. Feb. 11, 1920.)

CRIMINAL LAW ⟜1131(5)—APPEAL WILL BE DISMISSED WHERE DEFENDANT HAS ESCAPED.

Where pending appeal from a conviction of felony defendant escaped and remained a fugitive from justice, which fact was shown by the affidavit of the sheriff of the county in which conviction occurred, in accordance with Code Cr. Proc. 1911, art. 913, appeal must be dismissed.

Appeal from District Court, Kaufman County; Joel R. Bond, Judge.

Raymond Johnson was convicted of felony, and pending appeal escaped. On motion to dismiss the appeal. Motion granted.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

MORROW, J. The appellant, while under conviction for a felony and pending his appeal, escaped from custody, and has not surrendered himself, but remains a fugitive from justice. This is made known ·by the affidavit of sheriff of the county in which the conviction occurred, in accord with article 913, Code Crim. Procedure, which affidavit accompanies the motion of the Assistant Attorney General to dismiss the appeal, which motion is granted.